CCN# 244811400888

# United States District Court
## Violation Notice (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC37 | 9579458 | DOZIER | 2919 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10/26/2024 @ 120 AM
Offense Charged: ☒ State Code — CVC 23226(b)
Place of Offense: NAVAL BASE VENTURA COUNTY PORT HUENEME 23RD AVE / VENTURA RD

Offense Description: Factual Basis for Charge
STORAGE BY PASSENGER OF OPEN CONTAINER IN PASSENGER COMPARTMENT PROHIBITED, AS ASSIMILATED BY 18 USC 13

### DEFENDANT INFORMATION
Last Name: CARRILLO
First Name: DAVID
Street Address: 3161 LINCOLN AVE [redacted]

Tag No: 8G2K300
State: CA
Year: 2011
Make/Model: HONDA PILOT
Color: BLACK

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL
A ☐ If Box A is checked, you must appear in court. See instructions.
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 70 Forfeiture Amount
+ $30 Processing Fee
$ 100 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]
Original - CVB Copy

*9579458*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/26, 2024 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA.

AT APPROXIMATELY 0115 HOURS I, MA3 DOZIER WAS DISPATCHED TO KNOTT GATE BY KNOTT GATE SENTINELS FOR A OPEN CONTAINER. I ARRIVED ON SCENE AND RETRIEVED A CORONA BEER CAN STILL COLD TO THE TOUCH WITH LESS THAN HALF REMAINING FROM THE PASSENGER SIDE DOOR WHERE CARRILLO DAVID WAS SITTING. I VERIFIED WITH DAVID CARRILLO THE MAILING ADDRESS IS CURRENT AND ACCURATE.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/26/2024    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident